UNITED STATES DISTRICT COURT

Northern District of California

ROSETTA REMILLARD,

                Plaintiff,

  v.

PACIFIC LANDSCAPES, INC.,

                Defendant.
_____/

No. CV11-1540 MEJ

**ORDER VACATING MEDIATION REFERRAL**

On July 20, 2011, the Court issued a case management order which referred the parties to mediation. However, as the case had previously been referred to early neutral evaluation, the mediation referral is VACATED.

**IT IS SO ORDERED.**

Dated: July 27, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge