PROVENCHER & FLATT LLP
Gail F. Flatt, CSB No. 104422
823 Sonoma Avenue.
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2380
Facsimile:   (707) 284-2387

Attorneys for Plaintiff Rosetta Remillard

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSETTA REMILLARD,<br><br>          Plaintiff,<br><br>     v.<br><br>PACIFIC LANDSCAPES, INC.<br><br>          Defendant. | Case No. 11-cv-01540 MEJ<br><br>**STIPULATION OF DISMISSAL** |

     IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a) (1).

Dated: October 21, 2011                              Dated: October 21, 2011

PROVENCHER & FLATT LLP                KAUFMAN DOLOWIC VOLUCK & GONZO LLP


By: /s/                                                        By: /s/
Gail F. Flatt                                                Shelley Kramer
Attorneys for Rosetta Remillard            Attorneys for Pacific Landscapes, Inc.